UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE

TERESA JEAN MOORE,

Debtor.

TERESA JEAN MOORE,

Appellant,

v.

U. S. BANK NATIONAL ASSOCIATION,

Appellee.

Case No. 5:17-cv-03761-EJD

**ORDER TO SHOW CAUSE**

On June 29, 2017, the Clerk docketed a Notice of Appeal from Bankruptcy. Appellant Teresa Jean Moore, aka Teresa Jean Herschelman, appeals the bankruptcy court's "Order on Motion for Relief from Automatic Stay (Unlawful Detainer)" entered on June 14, 2017. Pursuant to this Court's Order Granting Appellant's ex parte application for extension of time (Dkt. No. 7), the deadline for Appellant to file and serve (1) a designation of the items to be included in the record on appeal and (2) a statement of the issues to be presented was September 29, 2017. To date, however, the record on appeal has not been docketed and briefing has not commenced.

Accordingly, Appellant is ordered to show cause why this action should not be dismissed for failure to prosecute. Appellant has until April 5, 2018 to file a response to this Order to Show Cause. If Appellate does not demonstrate good cause in writing why this appeal should not be

Case No.: 5:17-cv-03761-EJD
ORDER TO SHOW CAUSE

1

dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and/or Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g). No hearing will be held on this Order to Show Cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: March 20, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-03761-EJD
ORDER TO SHOW CAUSE